UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES KYZAR, ET AL.

VERSUS

AMERICAN NATIONAL PROPERTY AND
CASUALTY COMPANY

CIVIL ACTION

NO. 15-527-SDD-SCR

## RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated November 19, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiffs' *Motion to Remand*[3] is denied.

Baton Rouge, Louisiana the 10 day of December 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 31.
[3] Rec. Doc. 5.